**Gerald L. COLE, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40187.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1988.
Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Larry C. Pace, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).